UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

STEVEN T. MARVIK,  )
                   )
     Plaintiff,    )          3:11-cv-00651-LRH-WGC
                   )
v.                 )
                   )          O R D E R
CONNIE J. STEINHEIMER, *et al.*, )
                   )
     Defendants.   )
_____)

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#12[1]) entered on April 13, 2012, recommending granting Plaintiff's Application to Proceed *in forma pauperis* (#1), filed on September 8, 2011; denying as moot Plaintiff's Motion for Decision (#10) filed on March 16, 2012; and dismissing Plaintiff's complaint. No objection to the Report and Recommendation has been filed.  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

      The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

---

[1]Refers to court's docket number.

(#12) entered on April 13, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#12) entered on April 13, 2012, is adopted and accepted, and Plaintiff's Application to Proceed *in forma pauperis* (#1) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's Motion for Decision (#10) is **DENIED** as moot.

IT IS FURTHER ORDERED that Plaintiff's Complaint is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE